# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**COMPREHENSIVE MEDICAL CARE SERVICES P.C.**,

    Plaintiff,

v.        CASE NUMBER: 1:14-CV-157 (LEK/CFH)

**NYS DEPT. OF HEALTH,** Bureau of Litigation, **NYS DEPT. OF LAW, NYS DEPT. OF EDUCATION** and **NYS DEPT. OF HEALTH,** Bureau of Accounts Management,

    Defendants.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this action be and the same is hereby DISMISSED pursuant to United States of America ex rel. Mergent Services and John Bal vs. Marie Flaherty, 540 F.3d 89, 89-94 (2d Cir. 2008).

All of the above pursuant to the order of the Honorable Judge Lawrence E. Kahn, dated the 25th day of March, 2014.

DATED: March 25, 2014

*Lawrence K. Baerman*
Clerk of Court

By: s/ Nicole Killius
Deputy Clerk